[No. 12184-1-II. Division Two. August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH L. STONE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88-1-00074-6, Michael G. Spencer, J., entered July 14, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Reed, J.

[No. 11972-2-II. Division Two. August 1, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT ASHENBRENNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87-1-00109-4, David E. Foscue, J., entered May 9, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.

[No. 11837-8-II. Division Two. August 3, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGEL LEON CAMPOS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 88-1-00009-3, J. Dean Morgan, J., entered March 16, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Thompson, C.J., and Green, J.